BEFORE THE FIRST DIVISION, APRIL 19, 1940

**No. 43526.**—Protest 957701–G of Nakai & Co. (San Francisco).

Opinion by BROWN, J. It was stipulated that the iriko in question is similar to the merchandise the subject of Abstract 39806. The claim at 1¼ cents per pound under paragraph 717 (c) was therefore sustained.

BEFORE THE SECOND DIVISION, APRIL 19, 1940

**No. 43527.**—Protest 995407–G of Selsi Co., Inc. (New York).

Opinion by DALLINGER, J. It was stipulated that the merchandise consists of altimeters similar to those the subject of Abstract 43148. The claim at 27½ percent under paragraph 372 was therefore sustained.

**No. 43528.**—Protest 993625–G of Young's Market Co. (Los Angeles).

Opinion by DALLINGER, J. In accordance with stipulation of counsel the tea containers in question were held dutiable at 22½ percent as claimed.

**No. 43529.**—Protest 987644–G of Sprouse-Reitz Co., Inc. (San Francisco).

Opinion by DALLINGER, J. Hacksaws stipulated to be similar to those the subject of *Boker* v. *United States* (T. D. 45145) were held dutiable at 20 percent under paragraph 340 as claimed.

**No. 43530.**—Protests 946483–G, etc., of Dohrmann Commercial Co. (San Francisco).

Opinion by DALLINGER, J. On the agreed facts the earthenware forks in question were held dutiable at 45 percent ad valorem and 10 cents per dozen pieces under paragraph 211 as claimed. Abstract 36485 followed.